```
Allen Ruby, Esq. SB #47109
LAW OFFICES OF ALLEN RUBY
125 South Market Street, Suite 1001
San Jose, California  95113
Telephone:  (408) 998-8500
Facsimile:  (408)998-8503)


Attorneys for Plaintiff
TETHYS BIOSCIENCE, INC.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TETHYS BIOSCIENCE, INC., | CASE NO. CV-09-05115 CW |
| Plaintiffs, | |
| v. | ORDER EXTENDING PLAINTIFF'S TIME TO FILE AMENDED COMPLAINT |
| MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C., IVOR R. ELRIFI, and DOES ONE through ONE HUNDRED, inclusive, | |
| Defendants. | |

Pursuant to stipulation of the parties, and good cause appearing, the Court hereby orders:

1. Plaintiff's time to file an Amended Complaint is extended to and including January 15, 2010.

2. If Plaintiff files an Amended Complaint, the briefing schedule for defendants' motion to dismiss, if any, will remain as set forth in the December 9 Order, except that Defendants may have one additional week to file a motion to dismiss if they choose to do so. Therefore, Defendants may file their motion to dismiss on or before February 12, 2010, with Plaintiff's opposition due two weeks following and Defendants' reply due filed one week after that.

/////

1      3.    Defendants' motion, if one is filed, shall be taken under submission on the
2 papers.

3 DATED: December __21_, 2009  _____
                                               CLAUDIA WILKEN
4                                                United States District Judge