| | |
|---|---|
| 1 | KEKER & VAN NEST LLP |
| | ELLIOT R. PETERS - #158708 |
| 2 | epeters@kvn.com |
| | STEVEN K. TAYLOR - #204668 |
| 3 | staylor@kvn.com |
| | OZAN O. VAROL - #252571 |
| 4 | ovarol@kvn.com |
| | 710 Sansome Street |
| 5 | San Francisco, CA  94111-1704 |
| | Telephone:    (415) 391-5400 |
| 6 | Facsimile:     (415) 397-7188 |
| 7 | Attorneys for Defendants |
| | MINTZ, LEVIN, COHN, FERRIS, GLOVSKY |
| 8 | AND POPEO, P.C., and IVOR R. ELRIFI |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TETHYS BIOSCIENCE, INC., | Case No. CV-09-05115 CW |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |
| v. | |
| MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C., IVOR R. ELRIFI, and DOES 1 through 100, | Dept:         Courtroom 2, 4th Floor<br>Judge:        Hon. Claudia Wilken |
| Defendants. | Date Comp. Filed:    August 28, 2009<br>Trial Date:                None Set |
| | (Removed from Alameda County Superior Court, Case No. RG09471347) |
| | Trial Date:  None assigned |

**STIPULATION**

WHEREAS, by an order dated December 9, 2009, the Court scheduled an Initial Case Management Conference in this matter for April 20, 2010, at 2:00 p.m.;

WHEREAS, lead trial counsel for Defendants, Elliot Peters, is currently, and has been for the last month, in trial in *United States v. Bruce Karatz*, Case. No. 09-0203-ODW, before the United States District Court for the Central District of California, limiting his ability to participate in any meet and confer sessions with counsel;

WHEREAS, lead trial counsel for Plaintiff, Allen Ruby, has been preparing for a trial in the United States District Court in Los Angeles, which was scheduled to begin during the week of April 19, 2010, but was continued to a later date on April 8, 2010, limiting his ability to participate in any meet and confer sessions with counsel;

WHEREAS, good cause exists to continue the case management conference to a later date;

WHEREAS, the parties agree to continue the case management conference to June 22, 2010, at 2:00 p.m., and to continue all pending deadlines, including the deadlines for conducting a Rule 26(f) conference, filing related disclosures, and filing an ADR Certification and either a Stipulation and [Proposed] Order Selecting an ADR Process or a Notice of Need for ADR Phone Conference, based on the new date for the case management conference;

It is HEREBY STIPULATED by Plaintiff and Defendants, by and through their undersigned counsel, that the Initial Case Management Conference, currently scheduled for April 20, 2010, at 2:00 p.m., be continued to June 22, 2010, at 2:00 p.m.  It is FURTHER STIPULATED that all pending deadlines, including the deadlines for conducting a Rule 26(f) conference, filing related disclosures, and filing an ADR Certification and either a Stipulation and [Proposed] Order Selecting an ADR Process or a Notice of Need for ADR Phone Conference, be calculated based on the new date for the case management conference.

As required by L.R. 6-2(a), this stipulated request is accompanied by the Declaration of Steven K. Taylor.

**IT IS SO STIPULATED.**

Dated: April 9, 2010                                KEKER & VAN NEST, LLP


By: */s/ Steven K. Taylor*
STEVEN K. TAYLOR
Attorneys for Defendants
MINTZ, LEVIN, COHN, FERRIS,
GLOVSKY AND POPEO, P.C., and IVOR R. ELRIFI

Dated: April 9, 2010                                LAW OFFICES OF ALLEN RUBY


By: */s/ Allen Ruby*
ALLEN RUBY
Attorney for Plaintiff
TETHYS BIOSCIENCE, INC.

*Filer's Attestation*

I, Steven K. Taylor, the filer of this document, hereby attest that concurrence in the filing of this document has been obtained from each signatory hereto.


By:    */s/ Steven K. Taylor*
STEVEN K. TAYLOR

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION AND GOOD CAUSE APPEARING THEREFOR, THE COURT ORDERS AS FOLLOWS:

(1) The Initial Case Management Conference in this matter, currently scheduled for April 20, 2010, at 2:00 p.m., shall be continued to June 22, 2010, at 2:00 p.m, in Courtroom 2, 4th Floor, 1301 Clay Street, Oakland, CA 94612;

(2) The parties shall submit a Joint Case Management Conference Statement by June 15, 2010;

(3) The deadlines for conducting a Rule 26(f) conference, filing related disclosures, and filing an ADR Certification and either a Stipulation and [Proposed] Order Selecting an ADR Process or a Notice of Need for ADR Phone Conference shall be calculated based on the new date for the case management conference, and shall occur on or before 21 days prior to the case management conference.

IT IS SO ORDERED.

Dated:  4/13/2010

_____
THE HONORABLE CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE