KEKER & VAN NEST LLP
ELLIOT R. PETERS - #158708
epeters@kvn.com
STEVEN K. TAYLOR - #204668
staylor@kvn.com
OZAN O. VAROL - #252571
ovarol@kvn.com
710 Sansome Street
San Francisco, CA  94111-1704
Telephone:     (415) 391-5400
Facsimile:      (415) 397-7188

Attorneys for Defendants
MINTZ, LEVIN, COHN, FERRIS, GLOVSKY
AND POPEO, P.C., and IVOR R. ELRIFI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| TETHYS BIOSCIENCE, INC., <br><br>                         Plaintiff, <br><br>     v. <br><br> MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C., IVOR R. ELRIFI, and DOES 1 through 100, <br><br>                         Defendants. | Case No. CV-09-05115 CW <br><br> **STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** <br><br> Dept:         Courtroom 2, 4th Floor <br> Judge:        Hon. Claudia Wilken <br><br> Date Comp. Filed:    August 28, 2009 <br> Trial Date:              None Set <br><br> (Removed from Alameda County Superior Court, Case No. RG09471347) <br><br> Trial Date:  None assigned |

**STIPULATION**

WHEREAS, by an order dated April 13, 2010, the Court scheduled an Initial Case Management Conference in this matter for June 22, 2010, at 2:00 p.m.;

WHEREAS, on June 4, 2010, the Court issued an Order granting in part and denying in part Defendants' motion to dismiss Plaintiff's First Amended Complaint and denying Defendants' motion to strike (hereinafter "Order");

WHEREAS, the parties would benefit from a brief continuation of the Initial Case Management Conference to analyze their positions in light of the Court's Order, to assess the effect of the Order on the parties' disclosure obligations under Federal Rule of Civil Procedure 26(f), and to meet and confer regarding their Rule 26(f) disclosures;

WHEREAS, good cause therefore exists to continue the case management conference to a later date;

WHEREAS, the parties agree to continue the case management conference to July 13, 2010, at 2:00 p.m., and to continue all pending deadlines, including the deadlines for conducting a Rule 26(f) conference, filing related disclosures, and filing an ADR Certification and either a Stipulation and [Proposed] Order Selecting an ADR Process or a Notice of Need for ADR Phone Conference, based on the new date for the case management conference;

It is HEREBY STIPULATED by Plaintiff and Defendants, by and through their undersigned counsel, that the Initial Case Management Conference, currently scheduled for June 22, 2010, at 2:00 p.m., be continued to July 13, 2010, at 2:00 p.m.  It is FURTHER STIPULATED that all pending deadlines, including the deadlines for conducting a Rule 26(f) conference, filing related disclosures, and filing an ADR Certification and either a Stipulation and [Proposed] Order Selecting an ADR Process or a Notice of Need for ADR Phone Conference, be calculated based on the new date for the case management conference.

///

///

1
STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE
CASE NO. CV-09-05115 CW

497406.01

As required by L.R. 6-2(a), this stipulated request is accompanied by the Declaration of Steven K. Taylor.

**IT IS SO STIPULATED.**

Dated:  June 8, 2010                                                        KEKER & VAN NEST LLP


                                                                By: */s/ Steven K. Taylor*
                                                                        STEVEN K. TAYLOR
                                                                        Attorneys for Defendants
                                                                        MINTZ, LEVIN, COHN, FERRIS,
                                                                        GLOVSKY AND POPEO, P.C., and IVOR
                                                                        R. ELRIFI

Dated:  June 8, 2010                                                        LAW OFFICES OF ALLEN RUBY


                                                                By: */s/ Allen Ruby*
                                                                        ALLEN RUBY
                                                                        Attorney for Plaintiff
                                                                        TETHYS BIOSCIENCE, INC.

*Filer's Attestation*

I, Steven K. Taylor, the filer of this document, hereby attest that concurrence in the filing of this document has been obtained from each signatory hereto.


                                                                By:         */s/ Steven K. Taylor*
                                                                                STEVEN K. TAYLOR

# ORDER

PURSUANT TO STIPULATION AND GOOD CAUSE APPEARING THEREFOR, THE COURT ORDERS AS FOLLOWS:

(1) The Initial Case Management Conference in this matter, currently scheduled for June 22, 2010, at 2:00 p.m., shall be continued to July 13, 2010, at 2:00 p.m, in Courtroom 2, 4th Floor, 1301 Clay Street, Oakland, CA 94612;

(2) The parties shall submit a Joint Case Management Conference Statement by July 6, 2010;

(3) The deadlines for conducting a Rule 26(f) conference, filing related disclosures, and filing an ADR Certification and either a Stipulation and [Proposed] Order Selecting an ADR Process or a Notice of Need for ADR Phone Conference shall be calculated based on the new date for the case management conference, and shall occur on or before 21 days prior to the case management conference.

IT IS SO ORDERED.

Dated: 6/10/10

THE HONORABLE CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE