KEKER & VAN NEST LLP
ELLIOT R. PETERS - #158708
epeters@kvn.com
STEVEN K. TAYLOR - #204668
staylor@kvn.com
OZAN O. VAROL - #252571
ovarol@kvn.com
710 Sansome Street
San Francisco, CA  94111-1704
Telephone:     (415) 391-5400
Facsimile:     (415) 397-7188

Attorneys for Defendants
MINTZ, LEVIN, COHN, FERRIS, GLOVSKY
AND POPEO, P.C., and IVOR R. ELRIFI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| TETHYS BIOSCIENCE, INC., | Case No. CV-09-05115 CW |
| Plaintiff, | **STIPULATION AND AMENDED ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |
| v. | |
| MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C., IVOR R. ELRIFI, and DOES 1 through 100, | Dept:     Courtroom 2, 4th Floor<br>Judge:    Hon. Claudia Wilken |
| Defendants. | Date Comp. Filed:    August 28, 2009<br>Trial Date:    None Set |
| | (Removed from Alameda County Superior Court, Case No. RG09471347) |
| | Trial Date:  None assigned |

**STIPULATION**

WHEREAS, by stipulated order dated June 10, 2010, the Court scheduled an Initial Case Management Conference in this matter for July 13, 2010, at 2:00 p.m.;

WHEREAS, lead trial counsel for Defendants Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C., and Ivor Elrifi, has previously scheduled and nonrefundable plans to be out of the Country beginning on July 13, 2010 and therefore cannot attend the scheduled July 13, 2010 Initial Case Management Conference;

WHEREAS, the parties have met and conferred regarding their Rule 26(f) disclosure obligations and have agreed to make Rule 26(f) disclosures on August 16, 2010;

WHEREAS, the parties have filed ADR Certifications and are scheduled to participate in an ADR Phone Conference on July 8, 2010;

WHEREAS, the parties agree to continue the case management conference to July 27, 2010, at 2:00 p.m., with a Joint Case Management Conference Statement to be filed one week prior on July 20, 2010;

WHEREAS, the parties agree that good cause therefore exists to continue the case management conference to a later date;

It is HEREBY STIPULATED by Plaintiff and Defendants, by and through their undersigned counsel, that the Initial Case Management Conference, currently scheduled for July 27, 2010, at 2:00 p.m., be continued to July 27, 2010, at 2:00 p.m.  It is FURTHER STIPULATED that the parties will file a Joint Case Management Conference Statement on July 20, 2010.

///

///

1   As required by L.R. 6-2(a), this stipulated request is accompanied by the Declaration of
2   Steven K. Taylor.
3   **IT IS SO STIPULATED.**
4   Dated:  July 1, 2010                                            KEKER & VAN NEST LLP

                                                                    By: */s/ Steven K. Taylor*
                                                                        STEVEN K. TAYLOR
                                                                        Attorneys for Defendants
                                                                        MINTZ, LEVIN, COHN, FERRIS,
                                                                        GLOVSKY AND POPEO, P.C., and IVOR
                                                                        R. ELRIFI

Dated:  July 1, 2010                                            LAW OFFICES OF ALLEN RUBY

                                                                    By: */s/ Allen Ruby*
                                                                        ALLEN RUBY
                                                                        Attorney for Plaintiff
                                                                        TETHYS BIOSCIENCE, INC.

*Filer's Attestation*

I, Steven K. Taylor, the filer of this document, hereby attest that concurrence in the filing of this document has been obtained from each signatory hereto.


                                                                    By:        */s/ Steven K. Taylor*
                                                                               STEVEN K. TAYLOR

---

497406.03

2

STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE
CASE NO. CV-09-05115 CW

**AMENDED ORDER**

PURSUANT TO STIPULATION AND GOOD CAUSE APPEARING THEREFOR, THE COURT ORDERS AS FOLLOWS:

(1) The Initial Case Management Conference in this matter, currently scheduled for July 13, 2010, at 2:00 p.m., shall be continued to July 27, 2010, at 2:00 p.m, in Courtroom 2, 4th Floor, 1301 Clay Street, Oakland, CA 94612;

(2) The parties shall submit a Joint Case Management Conference Statement by July 20, 2010;

(3) No other deadline will be affected.

IT IS SO ORDERED.

Dated: 7/9/2010

THE HONORABLE CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE