1  Julie S. Turner (SBN 191146)
   Karen I. Boyd (SBN 189808)
2  TURNER BOYD LLP
   2625 Middlefield Rd. #675
3  Palo Alto, California 94306
   Tel: (650) 494-1530
4  Fax: (650) 472-8028

5

   Attorneys for Plaintiff
6  TETHYS BIOSCIENCE, INC.

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11 | TETHYS BIOSCIENCE, INC.,            | CASE NO.: CV-09-05115 CW

12 |         Plaintiff,                  |
                                         | NOTICE OF SUBSTITUTION OF
13 |   v.                                | COUNSEL FOR PLAINTIFF TETHYS
                                         | BIOSCIENCE, INC.
14 | MINTZ, LEVIN, COHN, FERRIS, GLOVSKY |
   | AND POPEO, P.C., IVOR R. ELRIFI, and| [PROPOSED] ORDER
15 | DOES ONE through ONE HUNDRED,       |
   | inclusive,                          |
16 |                                     |
   |         Defendants.                 |
17

18

19         TO ALL PARTIES WHO HAVE APPEARED IN THIS ACTION AND THEIR COUNSEL

20 OF RECORD:

21         Please take notice that Plaintiff Tethys Bioscience, Inc. ("Tethys") hereby substitutes Turner

22 Boyd LLP in place of Allen Ruby, Esq., as its counsel of record in this action. The contact

23 information for new counsel is as follows:

24         Karen I. Boyd (SBN 189808)
           TURNER BOYD LLP
25         2625 Middlefield Road, No. 675
           Palo Alto, CA 94306
26         Telephone:   (650) 494-1530
           Facsimile:   (650) 472-8028
27         boyd@turnerboyd.com

28

   NOTICE OF SUBSTITUTION OF ATTORNEY                              CASE NO. CV-09-05115 CW

1  Julie S. Turner (SBN 191146)
   TURNER BOYD LLP
2  2625 Middlefield Road, No. 675
   Palo Alto, CA 94306
3  Telephone:   (650) 494-1530
   Facsimile:    (650) 472-8028
4  turner@turnerboyd.com

5
   DATED: September 14, 2010          TURNER BOYD LLP
6

7
                                      BY:   /s/ Julie S. Turner /s/
8                                           Julie S. Turner
                                            Attorneys for Plaintiff
9                                           Tethys Bioscience, Inc.

10

11

12                      **CONSENT TO SUBSTITUTION**

13    I, Allen Ruby, Esq., hereby consent to this substitution.

14

15  Dated: September 14, 2010          By:  _____
                                            Allen Ruby, Esq.
16

17

18

19  **IT IS SO ORDERED:**

20

21  Dated:  __10/12/2010__             _____
                                       HONORABLE CLAUDIA WILKEN
22                                     UNITED STATES DISTRICT COURT JUDGE

23

24

25

26

27

28

NOTICE OF SUBSTITUTION OF           2           CASE NO. CV-09-05115 CW
COUNSEL

PROOF OF SERVICE BY EMAIL

1. I, the undersigned, declare that I am over the age of eighteen years and not a party to this action. I am employed in Santa Clara County, where this service occurred. My business address is 2625 Middlefield Road, Number 675, Palo Alto, California 94306. I hereby certify that on September 14, 2010, I electronically transmitted

NOTICE OF SUBSTITUTION OF COUNSEL FOR PLAINTIFF TETHYS BIOSCIENCE, INC.

to the Clerk's Office pursuant to Electronic Case Filing Administrative Policies and Procedures using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants who have consented to electronic service through the Court's transmission facilities:

Elliot Remsen Peters, epeters@kvn.com;

Steven Keeley Tayler, skt@kvn.com.

I declare under penalty of perjury that the foregoing is true and correct. Executed on September 14, 2010, at Palo Alto, California.

                                                       /s/ Julie S. Turner /s/
                                                          Julie S. Turner