UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

| | |
|---|---|
| TETHYS BIOSCIENCE, INC.,<br>　　　　Plaintiff, | No. C 09-5115 CW |
| v. | **ORDER GRANTING REQUEST FOR DEFENDANT IVOR ELRIFI TO BE EXCUSED FROM ATTENDING THE ENE IN PERSON** |
| MINTZ, LEVIN, et al.,<br>　　　　Defendants. | |
| | Date:　　　　November 17, 2010<br>Evaluator:　Roderick Thompson |

IT IS HEREBY ORDERED that the request for defendant Ivor Elrifi to be excused from personal attendance at the November 17, 2010 ENE session before Roderick Thompson is GRANTED.

IT IS SO ORDERED.

November 10, 2010　　　　By:　　　　_Elizabeth D. Laporte_
Dated　　　　　　　　　　　　　　　　Elizabeth D. Laporte
　　　　　　　　　　　　　　　　United States Magistrate Judge