KEKER & VAN NEST LLP
ELLIOT R. PETERS - #158708
epeters@kvn.com
STEVEN K. TAYLOR - #204668
staylor@kvn.com
JENNIFER A. HUBER - #250143
jhuber@kvn.com
710 Sansome Street
San Francisco, CA  94111-1704
Telephone:     (415) 391-5400
Facsimile:     (415) 397-7188

Attorneys for Defendants
MINTZ, LEVIN, COHN, FERRIS, GLOVSKY
AND POPEO, P.C., and IVOR R. ELRIFI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| TETHYS BIOSCIENCE, INC., | Case No. CV-09-05115 CW |
| Plaintiff, | **STIPULATION AND ORDER VACATING TRIAL DATE AND STAYING PROCEEDINGS** |
| v. | |
| MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C., IVOR R. ELRIFI, and DOES 1 through 100, | Dept:      Courtroom 2, 4th Floor<br>Judge:     Hon. Claudia Wilken |
| Defendants. | Date Comp. Filed:    August 28, 2009<br>Trial Date:                October 17, 2011 |
| | (Removed from Alameda County Superior Court, Case No. RG09471347) |

1    This Stipulation is made pursuant to Local Rule 6-2 by and between Plaintiff Tethys Biosciences, Inc. ("Tethys"), and Defendants Mintz, Levin, Cohn, Ferris, Glovsky, and Popeo, P.C. and Ivor R. Elrifi (collectively, "Mintz Levin") through their respective attorneys. Tethys and Mintz Levin (collectively, the "parties") stipulate that:

   1.   The Court's July 27, 2010 Case Management Order sets, *inter alia,* a March 1, 2011 deadline for the completion of fact discovery and a trial date of October 17, 2011.

   2.   There currently exist deadlines for responding to discovery requests pending between the parties.

   3.   On November 18, 2010, the parties participated in an Early Neutral Evaluation session before Roderick Thompson and reached a settlement agreement.

   4.   The parties are working diligently to execute a final settlement agreement.

   5.   In order to conserve the parties' and the Court's resources, the parties believe that that the trial date should be vacated and that a 60-day stay of all discovery and other litigation activity is appropriate pending execution of a final settlement agreement.

   6.   If the parties are unable to execute a final settlement agreement within sixty (60) days, they will contact the Court with proposed alternative dates for the trial, discovery cut-off, and associated case management deadlines.

   7.   There have been no prior modifications of the deadlines set forth in the Court's July 27, 2010 Case Management Order.

   WHEREFORE, the parties stipulate and respectfully request that this Court enter the attached [Proposed] Order vacating the trial date and staying all proceedings in this action for sixty (60) days from the date of the Court's Order to provide the parties the opportunity to complete a final settlement agreement.

| | |
|---|---|
| Dated: January 18, 2011 | KEKER & VAN NEST LLP |
| | |
| | By: /s/ Steven K. Taylor |
| | ELLIOT R. PETERS |
| | STEVEN K. TAYLOR |
| | Attorneys for Defendants |
| | MINTZ, LEVIN, COHN, FERRIS, |
| | GLOVSKY AND POPEO, P.C., and |
| | IVOR R. ELRIFI |
| Dated: January 18, 2011 | TURNER BOYD LLP |
| | |
| | By: /s/ Karen I. Boyd |
| | JULIE S. TURNER |
| | KAREN I. BOYD |
| | Attorneys for Plaintiff |
| | TETHYS BIOSCIENCE, INC. |

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Steven K. Taylor, am the ECF user whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER VACATING TRIAL DATE AND STAYING PROCEEDINGS.  In compliance with General Order 45, X.B., I hereby attest that the following attorneys have concurred in this filing:  Karen I. Boyd, Turner Boyd, LLP, Counsel for Plaintiff Tethys Bioscience, Inc.

/s/ Steven K. Taylor
Steven K. Taylor

## ORDER

**PURSUANT TO STIPULATION, IT IS HEREBY ORDERED**:

All proceedings in this action, including discovery, shall be stayed for sixty (60) days from the date of this Order pending the parties' execution of a final settlement agreement.

IT IS SO ORDERED.

Dated:  **January 19, 2011**

_____
HON. CLAUDIA WILKEN
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA