KEKER & VAN NEST LLP
ELLIOT R. PETERS - #158708
epeters@kvn.com
STEVEN K. TAYLOR - #204668
staylor@kvn.com
JENNIFER A. HUBER - #250143
jhuber@kvn.com
710 Sansome Street
San Francisco, CA  94111-1704
Telephone:     (415) 391-5400
Facsimile:      (415) 397-7188

Attorneys for Defendants
MINTZ, LEVIN, COHN, FERRIS, GLOVSKY
AND POPEO, P.C., and IVOR R. ELRIFI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| TETHYS BIOSCIENCE, INC., <br><br> Plaintiff, <br><br> v. <br><br> MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C., IVOR R. ELRIFI, and DOES 1 through 100, <br><br> Defendants. | Case No. CV-09-05115 CW <br><br> **STIPULATION AND ORDER TO EXTEND STAY OF PROCEEDINGS** <br><br> Dept:        Courtroom 2, 4th Floor <br> Judge:      Hon. Claudia Wilken <br><br> Date Comp. Filed:    August 28, 2009 <br> Trial Date:                 October 17, 2011 <br><br> (Removed from Alameda County Superior Court, Case No. RG09471347) |

547783.02

STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND STAY OF PROCEEDINGS
CASE NO. CV-09-05115 CW

This Stipulation is made pursuant to Local Rule 6-2 by and between Plaintiff Tethys Biosciences, Inc. ("Tethys"), and Defendants Mintz, Levin, Cohn, Ferris, Glovsky, and Popeo, P.C. and Ivor R. Elrifi (collectively, "Mintz Levin") through their respective attorneys. Tethys and Mintz Levin (collectively, the "parties") stipulate that:

1. On January 19, 2011, the Court granted a sixty-day stay of all discovery and other litigation activity pending the parties' execution of a final settlement agreement.

2. Since that time, the parties have worked diligently to execute a final settlement agreement.

3. While the parties have narrowed their disputes, they have been unable to reach a final settlement agreement.

4. The parties have engaged Roderick Thompson, who conducted an Early Neutral Evaluation Session in this matter, to resolve the parties' limited outstanding disputes through mediation and arbitration.

5. The mediation and arbitration session before Mr. Thompson is scheduled for March 31, 2011.

6. Scheduling conflicts prevented the parties and Mr. Thompson from scheduling the mediation and arbitration session at an earlier date.

7. The sixty-day stay in this matter is set to expire on March 21, 2011.

8. In order to conserve the parties' and the Court's resources, the parties believe that an additional 30-day extension of the stay of all discovery and other litigation activity is appropriate pending execution of a final settlement agreement.

9. If the parties are unable to execute a final settlement agreement within the thirty (30) day-extension, they will contact the Court with proposed case management deadlines.

10. The only prior modification of the deadlines set forth in the Court's July 27, 2010 Case Management Order is the above-referenced January 19, 2011 Order granting the parties' request for a 60-day stay.

WHEREFORE, the parties stipulate and respectfully request that this Court enter the attached [Proposed] Order staying all proceedings in this action until April 21, 2011, to provide

1  the parties the opportunity to complete a final settlement agreement.

2

3  Dated: March 15, 2011                                    KEKER & VAN NEST LLP

4

5

                                                    By:  /s/ Steven K. Taylor
6                                                        ELLIOT R. PETERS
                                                         STEVEN K. TAYLOR
7                                                        Attorneys for Defendants
                                                         MINTZ, LEVIN, COHN, FERRIS,
8                                                        GLOVSKY AND POPEO, P.C., and
                                                         IVOR R. ELRIFI
9

10 Dated: March 15, 2011                                    TURNER BOYD LLP

11

12
                                                    By:  /s/ Julie S. Turner
13                                                       JULIE S. TURNER
                                                         KAREN I. BOYD
14                                                       Attorneys for Plaintiff
                                                         TETHYS BIOSCIENCE, INC.
15

16

17             **ATTESTATION PURSUANT TO GENERAL ORDER 45**

18        I, Steven K. Taylor, am the ECF user whose ID and password are being used to file this

19 STIPULATION AND [PROPOSED] ORDER VACATING TRIAL DATE AND STAYING

20 PROCEEDINGS. In compliance with General Order 45, X.B., I hereby attest that the following

21 attorneys have concurred in this filing: Julie S. Turner, Turner Boyd, LLP, Counsel for Plaintiff

22 Tethys Bioscience, Inc.

23

24

25
                                                     /s/ Steven K. Taylor
26                                                   Steven K. Taylor

27

28

                                                    2
547783.02      STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND STAY OF PROCEEDINGS
                                  CASE NO. CV-09-05115 CW

# ORDER

**PURSUANT TO STIPULATION, IT IS HEREBY ORDERED**:

All proceedings in this action, including discovery, shall be stayed for an additional thirty (30) days, or until April 21, 2011 pending the parties' execution of a final settlement agreement.

IT IS SO ORDERED.

Dated:  March 16, 2011

_____
HON. CLAUDIA WILKEN
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA