TURNER BOYD LLP
KAREN I. BOYD - #189808
boyd@turnerboyd.com
JULIE S. TURNER - #191146
turner@turnerboyd.com
2570 W. El Camino Real, Suite 380
Mountain View, CA  94040
Telephone:  (650) 521-5930
Facsimile:  (650) 521-5931

Attorneys for Plaintiff
TETHYS BIOSCIENCE, INC.

KEKER & VAN NEST LLP
ELLIOT R. PETERS - #158708
epeters@kvn.com
STEVEN K. TAYLOR - #204668
staylor@kvn.com
JENNIFER A. HUBER - #250143
jhuber@kvn.com
710 Sansome Street
San Francisco, CA  94111-1704
Telephone:     (415) 391-5400
Facsimile:     (415) 397-7188

Attorneys for Defendants
MINTZ, LEVIN, COHN, FERRIS, GLOVSKY
AND POPEO, P.C., and IVOR R. ELRIFI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| TETHYS BIOSCIENCE, INC.,<br><br>                                Plaintiff,<br><br>     v.<br><br>MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C., IVOR R. ELRIFI, and DOES 1 through 100,<br><br>                                Defendants. | Case No. CV-09-05115 CW<br><br>**STIPULATED DISMISSAL WITH PREJUDICE AND ORDER**<br><br>Dept:        Courtroom 2, 4th Floor<br>Judge:       Hon. Claudia Wilken<br><br>Complaint Filed:       August 28, 2009<br><br>(Removed from Alameda County Superior Court, Case No. RG09471347) |

1    An agreement has been reached that resolves all issues between Plaintiff Tethys Biosciences, Inc. ("Tethys") and Defendants Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C. and Ivor R. Elrifi ("Defendants") relating to the matters asserted in this lawsuit.  Tethys and Defendants therefore stipulate pursuant to Federal Rule of Civil Procedure 41(a)(1)(a)(ii) to the dismissal with prejudice of all claims brought in this suit.

Each party shall bear its own costs and attorneys' fees.


Dated:  April 13, 2011                                    KEKER & VAN NEST LLP


                                                          By:   /s/  Elliot R. Peters                        
                                                                ELLIOT R. PETERS
                                                                Attorneys for Defendants
                                                                MINTZ, LEVIN, COHN, FERRIS,
                                                                GLOVSKY AND POPEO, P.C., and
                                                                IVOR R. ELRIFI


Dated:  April 13, 2011                                    TURNER BOYD LLP


                                                          By:   /s/  Julie S. Turner                         
                                                                JULIE S. TURNER
                                                                Attorneys for Plaintiff
                                                                TETHYS BIOSCIENCE, INC.



    IT IS ORDERED that the claims by Tethys against Defendants are DISMISSED with prejudice.

Dated:   _____April 15_____, 2011


                                                          _____
                                                          HON. CLAUDIA WILKEN
                                                          UNITED STATES DISTRICT COURT
                                                          NORTHERN DISTRICT OF
                                                          CALIFORNIA

I, Julie S. Turner, am the ECF User whose ID and password are being used to file this Stipulated Dismissal with Prejudice and [Proposed] Order.  In compliance with General Order 45, X.B., I hereby attest that Elliot R. Peters has concurred on this filing.

Dated:  April 13, 2011                                    TURNER BOYD LLP


                                       By:   /s/  Julie S. Turner
                                                Julie S. Turner
                                                Attorneys for Plaintiff
                                                TETHYS BIOSCIENCE, INC.